

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

VIET TUAN DO,

        Petitioner,

    v.

MARK BOWEN, ET AL.,

        Respondents.

Case No. 5:26-cv-01852-KK-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (Dkt. 1), the Report and Recommendation of the United States Magistrate Judge (Dkt. 14), and all the records and files herein. The time for filing objections to the Report and Recommendation has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is GRANTED. Respondents are enjoined from re-detaining Petitioner without providing a pre-deprivation hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is flight risk or a danger such that his

physical custody is required.  Respondents are also enjoined from re-detaining Petitioner without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.13(i).  Before attempting to remove Petitioner to any country other than Vietnam, Respondents must first provide written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3).

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 1, 2026

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

2