

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VIET TUAN DO,

     Petitioner,

    v.

MARK BOWEN, ET AL.,

     Respondents.

Case No. 5:26-cv-01852-KK-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED. Respondents are enjoined from re-detaining Petitioner without providing a pre-deprivation hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is flight risk or a danger such that his physical custody is required. Respondents are also enjoined from re-detaining Petitioner without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.13(i). Before attempting to remove

Petitioner to any country other than Vietnam, Respondents must first provide written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3).

DATED: May 1, 2026

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

2